UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Keosha Johnson               Docket No. 4:10-CR-77-1FL

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Keosha Johnson, who, upon an earlier plea of guilty to Possession With Intent to Distribute 5 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on March 25, 2011, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Keosha Johnson was released from custody on February 6, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 11, 2015, Johnson was charged in Pitt County, North Carolina, with Driving While License Revoked and Unsafe Movement (15CR702120). The charges are pending. Johnson was reprimanded for driving and she was instructed to resolve her license status prior to her court date. Additionally, during the initial office visit, the defendant disclosed details of the emotional abusive relationship which led to her being shot multiple times by her assailant. The former boyfriend is scheduled to release from prison this summer, and Johnson's emotional status is significantly impacted. The probation officer and the defendant believe that mental health counseling would be beneficial. Johnson signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Julie Wise Rosa |
| Michael C. Brittain | Julie Wise Rosa |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8675 |
| | Executed On: March 11, 2015 |

**Keosha Johnson**
**Docket No. 4:10-CR-77-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __16th__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge