UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. v. Keosha Johnson                                              Docket No. 4:10-CR-77-1FL

**Petition for Action on Supervised Release**

 COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keosha Johnson, who, upon an earlier plea of guilty to Possession With Intent to Distribute 5 Grams or More of Cocaine Base (Crack) in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 25, 2011, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On December 5, 2012, pursuant to the Fair Sentencing Act of 2010, Johnson was resentenced to 50 months imprisonment and 3 years supervised release.

 Keosha Johnson was released from custody on February 6, 2015, at which time the term of supervised release commenced.

 On March 11, 2015, a Petition for Action was submitted to the court advising that on February 11, 2015, Johnson was charged with Driving While License Revoked and Unsafe Movement (15CR702120) in Pitt County, North Carolina. The court was also informed that the defendant's emotional state was significantly impacted due to the impending release of her abusive former boyfriend who was incarcerated for shooting her multiple times. In light of this information, Johnson was ordered to participate in mental health treatment as directed by the probation office. It is noted that the defendant's completion of the mental health assessment was delayed due to the birth of her child and her unstable residence at the time. Nonetheless, Johnson is scheduled to undergo the mental health assessment with East Coast Counseling in Greenville, North Carolina, on August 1, 2016. The above noted charges were dismissed on October 26, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

 On July 18, 2016, the undersigned probation officer received electronic notification that a criminal records inquiry was conducted by authorities in Miami, Florida. Subsequent correspondence with U.S. Immigration and Customs Enforcement confirmed that the defendant boarded a cruise ship in Miami on July 18, 2016, and was in route to the Bahamas. It was further noted that Johnson was scheduled to return from the cruise on July 22, 2016. On July 26, 2016, the undersigned probation officer confronted the defendant about the trip and she admitted that she traveled out of district without permission. Additionally, on July 26, 2016, Johnson admitted to using marijuana on July 14, 2016. She signed a written statement admitting to her use of the substance. The laboratory subsequently rendered the drug test invalid because Johnson's urine specimen was diluted.

 As a sanction for Johnson's unauthorized travel, we are respectfully recommending that she placed in the home detention program for a period of 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. With regard to Johnson's illegal drug use, a 2-day jail sanction will be imposed pursuant to DROPS.

Keosha Johnson
Docket No. 4:10-CR-77-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Lakesha H. Wright |
| Dwayne K. Benfield | Lakesha H. Wright |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 306 East Main Street, Rm 306 |
| | Elizabeth City, NC 27909-4865 |
| | Phone: 252-335-5508 |
| | Executed On: August 2, 2016 |

## ORDER OF THE COURT

Considered and ordered this  2nd  day of  August , 2016, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge